■ FRANK PARLATO, JR., Individually and as Manager of One Niagara, LLC and as President of Whitestar Development Corp., et al., Respondents, v INCREDIBLE INVESTMENTS LIMITED et al., Appellants, et al., Defendant. (Appeal No. 1.). [887 NYS2d 925]— Appeals from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered May 21, 2008. The order, insofar as appealed from, granted in part plaintiffs' motion for a preliminary injunction.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ FRANK PARLATO, JR., Individually and as Manager of One Niagara, LLC and as President of Whitestar Development Corp., et al., Respondents, v INCREDIBLE INVESTMENTS LIMITED et al., Appellants, et al., Defendant. (Appeal No. 2.) [887 NYS2d 911]— Appeals from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered July 15, 2008. The order adjourned the motions of defendants-appellants to vacate a preliminary injunction.

It is hereby ordered that said appeals are unanimously dismissed without costs (*see Fisher v Ives*, 251 AD2d 1022 [1998]). Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ FRANK PARLATO, JR., Individually and as Manager of One Niagara, LLC and as President of Whitestar Development Corp., et al., Respondents, v INCREDIBLE INVESTMENTS LIMITED et al., Appellants, et al., Defendant. (Appeal No. 3.) [887 NYS2d 925]— Appeals from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered August 7, 2008. The order granted the motions of defendants-appellants to vacate a preliminary injunction unless plaintiffs posted an undertaking on or before a certain date.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.